

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BRYAN WYATT,<br>Plaintiff<br><br>VERSUS<br><br>U.S. COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br>Defendant | CIVIL ACTION<br><br>1:10-CV-00887<br><br>JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## **J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Wyatt's appeal is GRANTED, the final decision of the Commissioner is VACATED, and Wyatt's case is REMANDED TO THE COMMISSIONER FOR FURTHER PROCEEDINGS, including re-evaluation of Wyatt's impairments and residual functional capacity in light of the medical evidence from the orthopedic surgeon, Dr. Nunley, and other recent medical evidence.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 24th day of May, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE