

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BRYAN WYATT | CIVIL ACTION 10-0887 |
| VERSUS | U.S. DISTRICT JUDGE DRELL |
| MICHAEL J. ASTRUE, Commissioner | U.S. MAGISTRATE JUDGE KIRK |

## JUDGMENT

Considering the foregoing Motion for Attorney's fees pursuant to the Equal Access to Justice Act, and concurring with the Magistrate Judge's Recommendation, there having been no objections to it filed,

IT IS ORDERED that plaintiff be awarded attorney's fees in the amount of $3,150 payable on her behalf to her attorney, Peter J. Lemoine.

Thus done and signed in Alexandria, Louisiana on the 9th day of November, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE